# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2019-0183, <u>ARNE, LLC v. Matthew Benoit</u>, the court on September 13, 2019, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, ARNE, LLC, appeals an order by the Superior Court (<u>Nicolosi</u>, J.) dismissing its complaint against the defendant, Matthew Benoit. It contends that: (1) the trial court erred by concluding that its claims were barred by res judicata arising from the defendant's small claim default judgment against it, <u>see</u> <u>Osman v. Gagnon</u>, 152 N.H. 359, 363 (2005); (2) a default judgment in a small claim should have no res judicata effect because service in hand is not required; (3) barring its claims on the basis of res judicata from a small claim default judgment constituted an unconstitutional taking and a violation of due process; (4) the trial court did not hold a hearing on the motion to dismiss; and (5) the trial court made findings and rulings in the small claim matter, in which judgment had been rendered approximately five months before the plaintiff filed this action. The plaintiff also raises numerous issues regarding the small claim matter that it acknowledges are not properly before us in this appeal.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**